Matter of S.C. (2026 NY Slip Op 00310)

Matter of S.C.

2026 NY Slip Op 00310

Decided on January 27, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 27, 2026

Before: Moulton, J.P., Mendez, Rodriguez, Rosado, Hagler, JJ. 

Docket No. L3046/20|Appeal No. 5659|Case No. 2024-00108|

[*1]In the Matter of S.C., A Child Under Eighteen Years of Age, etc., G.L. Nonparty-Appellant, Administration for Children's Services, Petitioner-Respondent.

Steven P. Forbes, Huntington, for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Ian M. Sinclair of counsel), for respondent.

Appeal from order, Family Court, New York County (Genna D. Teitelbaum, Ref.), entered on or about October 4, 2023, which denied nonparty appellant's motion seeking to have the subject child placed in her home, unanimously dismissed, without costs, as moot.
Upon review of the record, we agree with appellant's assigned counsel that her appeal has been rendered moot by the subject child turning 21 years old during the pendency of this appeal, as "[n]o placement may be made or continued under this section beyond the child's eighteenth birthday without his or her consent and in no event past his or her twenty-first birthday" (Family Court Act § 1055[e]; see Matter of Kamonie U. [Lilian A.], 204 AD3d 433, 435 [1st Dept 2022]).
As this Court has determined that the appeal is moot, the application by appellant's assigned counsel to withdraw is granted. We do not reach the issue raised by counsel pertaining to the existence of nonfrivolous issues that could be raised on appeal (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD3d 833 [1st Dept 1976]), and instead sua sponte relieve counsel from representation of appellant, as his representation on this appeal has been rendered moot by virtue of this order.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 27, 2026